UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WONG, | CV 18-6354 PA (AGRx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| GLENDALE ADVENTIST MEDICAL CENTER, et al. | |
| Defendants. | |

In accordance with the Court's August 10, 2018 Minute Order dismissing the action brought by plaintiff Gregory Wong ("Plaintiff"), it is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: September 18, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE